*Robert B. Lisle* and *Harry G. Hill* for appellant.

*Herman A. Gray* for claimants-respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

MANUEL MURILLO, as Administrator of the Estate of LILLIAN MURILLO, Deceased, et al., Appellants, *v.* ABRAHAM SIEGEL et al., Defendants, and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.

Argued October 22, 1952; decided November 25, 1952.

*Sidney J. Loeb, Harry A. Sindell* and *Irving Payson Zinbarg* for appellants.

*John M. Keegan* and *William F. McCauley* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of HENRY STERN, Appellant, against EDWARD T. McCAFFREY, as Commissioner of Licenses of the City of New York, Respondent.

Argued October 22, 1952; decided November 25, 1952.

